# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, ACTING CHIEF OF POLICE JEFFREY CARROLL, in his official capacity as Chief of the Metropolitan Police Department of the District of Columbia, and the METROPOLITAN POLICE DEPARTMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendants. | Case No. 1:25-cv-04458<br><br>**NOTICE OF ERRATA** |

    Plaintiff United States of America ("United States") provides this Honorable Court notice of errata. Specifically, the United States filed a complaint yesterday against three Defendants. Based on publicly available information, the United States believed the former police chief, Pamela Smith, was to be in office until December 31, 2025. Yesterday, an interview aired that showed Jeffrey Carroll as having assumed his duties ahead of December 31, 2025. Accordingly, The United States seeks to correct the party names. Enclosed is the complaint with the proper Defendants, replacing Pamela Smith with Acting Chief of Police Jeffrey Carroll.

DATED: December 23, 2025.

/s/ Andrew M. Darlington
ANDREW M. DARLINGTON
FL Bar No. 1018895
Senior Counsel
Civil Rights Division
950 Pennsylvania Ave. NW
Washington, DC 20530
*Attorney for the United States of America*