BANKRUPTCY COURT OF THE STATE OF DISTRICT OF COLUMBIA FOR DISTRICT OF COLUMBIA COUNTY

**United States of America**

Plaintiff/Petitioner

vs.

**The District of Columbia**

Defendant/Respondent

Case No.: **1:25-cv-04458-APM**

DECLARATION OF SERVICE OF
Complaint; Summons; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE

Received by **Janae McCauley**, on the **29th day of January, 2026 at 3:35 PM** to be served upon **The District of Columbia Attorney General Brian Schwalb via Certified Mail at 400 6th St NW, Washington, DC 20001**.

On the **29th day of January, 2026 at 3:35 PM** I, **Janae McCauley**, SERVED **The District of Columbia Attorney General Brian Schwalb via Certified Mail at 400 6th St NW, Washington, DC 20001** in the manner indicated below:

Service Fee Total: **$ 60.00**

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Served via Certified mail with Return Receipt Requested article number**

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Name: Janae McCauley    Server ID #    January 29, 2026    Date

REF: **United States of America**

Tracking #: **0206059160 PDX**



**RECEIVED**

FEB 10 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# FILING




206472548

**ABC INTERNAL USE - MAIL TO:**

DC District Court - Bankruptcy
333 Constitution Ave NW
Washington DC, DC 20001

RECEIVED
Mailroom
FEB 10 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

*FILE AT COURT*
**DC District Court - Bankruptcy**
333 Constitution Ave NW
Washington DC, DC 20001

## TO THE CLERK OF COURT

- **File the attached documents.**
- **Return in prepaid envelope** *(if attached)* **or place in ABC box for pickup.**
- **Have an idea on how we can make things easier for you?**
  Email us at <u>courtsupport@abclegal.com</u>.

 **COLLECTIONS - DOCUMENTS**

Proof of Service (TN: 0206472525)

CUSTOMER **US Legal Support**
REF **7051160-008-CERTIFIEDMAIL**
COURT **DC District Court - Bankruptcy**
CASE# **1:25-cv-04458-APM**
TITLE **United States of America vs. The District of Columbia**

Need help?
abclegal.
com/partnerresources

02/06/2026