AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

DISTRICT OF COLUMBIA   ▼

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-04458-APM |
| THE DISTRICT OF COLUMBIA, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA                                                                 .

Date:      03/27/2026

/s/ Barry K. Arrington
*Attorney's signature*

Barry K. Arrington, CO No. 16486
*Printed name and bar number*
950 Pennsylvania Ave. NW
Washington DC 20530

*Address*

Barry.Arrington@usdoj.gov
*E-mail address*

(202) 304-8447
*Telephone number*

*FAX number*