# APPENDIX

## List of Amici Curiae
## Former Civil Rights Division Officials

**Kristen M. Clarke**:  Assistant Attorney General (2021-2025).

**Vanita Gupta**:  Assistant Attorney General (2014-2017).

**Jocelyn Samuels**:  Acting Assistant Attorney General (2013-2014); Principal Deputy Assistant Attorney General (2011-2013); Senior Counsel (2009-2011).

**Loretta King**:  Acting Assistant Attorney General (2009); Deputy Assistant Attorney General (1994-2011).

**Samuel Bagenstos**:  Principal Deputy Assistant Attorney General (2010-2011); Deputy Assistant Attorney General (2009).

**Pamela S. Karlan**:  Principal Deputy Assistant Attorney General (2021-2022); Deputy Assistant Attorney General (2014-2015).

**Roy Austin, Jr**.:  Deputy Assistant Attorney General (2010-2014).

**Gregory Friel**:  Deputy Assistant Attorney General (2012-2022).

**Robert Moossy**:  Deputy Assistant Attorney General (2015-2024); Trial Attorney, Special Litigation Section (1994-2001).

**Johnathan Smith**:  Deputy Assistant Attorney General (2021-2024), Senior Counsel (2014-2017).

**Kathleen Wolfe**:  Deputy Assistant Attorney General (2022-2025).

**Steven H. Rosenbaum**:  Chief, Special Litigation Section (1996-2003, 2016-2024).

**Jonathan M. Smith**:  Chief, Special Litigation Section (2010-2015).

**Acrivi Coromelas**:  Deputy Chief, Special Litigation Section (2024-2025); Trial Attorney, Special Litigation Section (2021-2024).

**Emily A. Gunston**:  Deputy Chief, Special Litigation Section (2017-2018); Special Counsel, Special Litigation Section (2014-2017); Trial Attorney, Special Litigation Section (2009-2014).

**Mo Johnston**:  Deputy Chief, Special Litigation Section (2022-2025); Trial Attorney, Special Litigation Section (2015-2021).