AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-4458-APM |
| The District of Columbia et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Former Civil Rights Division Officials, Brady Center to Prevent Gun Violence, and Giffords Law Center to Prevent Gun Violence        .

Date:      04/01/2026

*/s/ Stephen Prifti*

*Attorney's signature*

Stephen Prifti, Bar No. 90001986

*Printed name and bar number*

Hecker Fink LLP
1050 K Street NW, Suite 1040
Washington, DC 20001

*Address*

sprifti@heckerfink.com

*E-mail address*

(212) 763-0883

*Telephone number*

(212) 564-0883

*FAX number*