**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:25-cv-04458-APM |
| v. | |
| District of Columbia, et al. | |
| Defendants. | |

**ORDER**

       Upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint, Plaintiff's Opposition, and Defendant's Reply, it is hereby

**ORDERED** that the Motion to Dismiss is **DENIED IN FULL**.

       This order is to be served upon:

Adam J. Tuetken
Office of Attorney General/D.C.
400 6th Street, NW
Suite 8100
Washington, D.C.  20001

Andrew M. Darlington
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C.  20530

Entered this _____ day of _____, 2026.

_____
Hon. Amit P. Mehta
United States District Judge