**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**DISTRICT OF COLUMBIA, *et al.*,**<br>**Defendants.** | **No. 1:25-cv-04458-APM** |

**UNOPPOSED MOTION FOR AN EXTENSION OF DEFENDANTS' DEADLINE TO FILE A REPLY BRIEF**

Defendants (collectively, the District) move under Rule 6(b)(1)(A) for an extension of the deadline to file a reply brief in support of their motion to dismiss. The District's reply deadline is currently April 8, 2026. The District requests that the deadline be extended to April 29. The District conferred with Plaintiff, and Plaintiff states that it is unopposed to the relief requested.

This Court may extend an existing deadline on a showing of good cause, Fed. R. Civ. P. 6(b)(1)(A), and good cause generally exists where there is a "valid reason for [ ] delay," *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012). The undersigned counsel is occupied with briefing demands and deadlines in several cases over the next few weeks, including expedited proceedings in a demanding case between the D.C. Council and the Mayor, *see Council of the Dist. of Columbia v. Bowser*, No. 2026 CAB 001463 (D.C. Super. Ct.). In addition, given the nature of the issues presented in the case, the undersigned must consult with various necessary stakeholders, including the Office of the Solicitor General, in preparing a reply brief. Accordingly, additional time is needed to both complete a reply brief and circulate it to the necessary stakeholders.

Pursuant to LCvR 7(a), this Motion includes all supporting points of law and authority.

A proposed order is attached, as required by LCvR 7(c).

Date: April 6, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Adam J. Tuetken*
ADAM J. TUETKEN [242215]
Special Counsel for Firearm Safety
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 735-7474
Email: adam.tuetken@dc.gov

*Counsel for Defendants*