**U.S. Department of Justice**

Civil Rights Division

---

*Assistant Attorney General*
*950 Pennsylvania Ave, NW - RFK*
*Washington, DC  20530*

May 8, 2026

The Chambers of the Honorable Amit P. Mehta
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

> Re:   *United States v. District of Columbia, et al*., Case No. 25-cv-4458-APM
>        Notice of Intent to File Amended Complaint

Dear Chambers:

As you know, Defendants filed a motion to dismiss on March 18, 2026 (ECF 16), and the briefing on that matter is closed.  I am writing to inform you that Plaintiff has elected to file an amended complaint.  We have provided a draft of the amended complaint to counsel for Defendants, who graciously have consented in writing to the filing of the amended complaint.  Accordingly, we will be submitting the amended complaint pursuant to Fed.R.Civ.P. 15(a)(2).

Plaintiff's counsel are working to finalize the amended complaint and obtain required Department of Justice approvals.  We anticipate that process to be completed shortly.

Sincerely,

/s/ Barry K. Arrington

Barry K. Arrington
Acting Chief
Second Amendment Section