**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:25-cv-04458-APM |
| v. | |
| THE DISTRICT OF COLUMBIA, ACTING CHIEF OF POLICE JEFFREY CARROLL, in his official capacity as Chief of the Metropolitan Police Department of the District of Columbia, and THE METROPOLITAN POLICE DEPARTMENT OF THE DISTRICT OF COLUMBIA, | |
| Defendants. | |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

Plaintiff and Defendants, by their respective counsel, submit the following Joint Motion to Set Briefing Schedule.  As grounds for this motion, the parties state:

1.      Plaintiff filed its original Complaint on December 22, 2025 (ECF 1).  Defendants filed a motion to dismiss on March 18, 2026 (ECF 16).  Plaintiff responded on April 1, 2026 (ECF 22), and Defendants filed their Reply on April 29, 2026 (ECF 26).

2.      Plaintiff filed its First Amended Complaint on May 14, 2026 (ECF 28).

3.      Fed. R. Civ. P. 15(a)(3) provides that unless the Court orders otherwise, the response to an amended complaint is due within 14 days.  In this case, that would be May 28, 2026.

4.      Due to the press of other matters and the need to devote substantial time to the novel issues presented by the First Amended Complaint, Defendants need additional time to brief a motion to dismiss and reply brief in support, and Plaintiff consents to Defendants' requested extensions.

5.      Accordingly, the parties jointly move the Court to order the following briefing schedule:

| | |
|---|---|
| Defendants' response to First Amended Complaint is due on: | June 25, 2026 |
| Should Defendants file a Motion to Dismiss Plaintiff's Opposition will be due on: | July 16, 2026 |
| Defendants' Reply will be due on: | August 4, 2026 |

6.      No party will be prejudiced by the requested relief, and the interests of justice will be served thereby.

WHEREFORE, the parties jointly move the Court to enter an order adopting the foregoing briefing schedule.

DATED: May 15, 2026

Respectfully submitted:

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS OSETE
Principal Deputy Assistant Attorney General

R. JONAS GEISSLER
Deputy Assistant Attorney General

*/s/ Barry K. Arrington*

_____

BARRY K. ARRINGTON
Acting Chief
Second Amendment Section

WILLIAM J. HANRAHAN
ANDREW COFFARELLI
Trial Attorneys
Second Amendment Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*

_____
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*

_____
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Adam J. Tuetken*

_____
ADAM J. TUETKEN [242215]
Special Counsel for Firearm Safety
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
(202) 735-7474
adam.tuetken@dc.gov

*Counsel for Defendants*

3