**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>THE DISTRICT OF COLUMBIA, ACTING CHIEF OF POLICE JEFFREY CARROLL, in his official capacity as Chief of the Metropolitan Police Department of the District of Columbia, and THE METROPOLITAN POLICE DEPARTMENT OF THE DISTRICT OF COLUMBIA,<br><br>     Defendants. | Case No.  1:25-cv-04458-APM |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Undersigned counsel, Andrew M. Darlington, hereby withdraws his appearance on behalf of Plaintiff, United States of America, in the above-captioned case. Plaintiff will continue to be represented by the other Department of Justice attorneys currently entered as counsel of record.


DATED: June 22, 2026

Respectfully submitted:

/s/ Andrew M. Darlington
Andrew M. Darlington
Counsel
Environment and Natural Resources Division

BARRY K. ARRINGTON
Acting Chief
Second Amendment Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA