**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>THE DISTRICT OF COLUMBIA, ACTING CHIEF OF POLICE JEFFREY CARROLL, in his official capacity as Chief of the Metropolitan Police Department of the District of Columbia, and THE METROPOLITAN POLICE DEPARTMENT OF THE DISTRICT OF COLUMBIA,<br><br>     Defendants. | Case No.  1:25-cv-04458-APM |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Undersigned counsel, Austin Fulk, hereby withdraws his appearance on behalf of Plaintiff, United States of America, in the above-captioned case. Mr. Fulk is no longer working in the Second Amendment Section of the Civil Rights Division. Plaintiff will continue to be represented by the other Department of Justice attorneys listed in the signature block below.

DATED: June 24, 2026

Respectfully submitted:

HARMEET K.  DHILLON
Assistant Attorney General
Civil Rights Division

JESUS OSETE
Principal Deputy Assistant Attorney General

R.  JONAS GEISSLER
Deputy Assistant Attorney General

BARRY K.  ARRINGTON
Acting Chief
Second Amendment Section

s/ Austin Fulk

_____

AUSTIN FULK
Trial Attorney

WILLIAM J.  HANRAHAN
ANDREW COFFARELLI
Trial Attorneys
Second Amendment Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA