**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.  1:25-cv-04458-APM |
| v. | |
| THE DISTRICT OF COLUMBIA, ACTING CHIEF OF POLICE JEFFREY CARROLL, in his official capacity as Chief of the Metropolitan Police Department of the District of Columbia, and THE METROPOLITAN POLICE DEPARTMENT OF THE DISTRICT OF COLUMBIA, | |
| Defendants. | |

## RESPONSE TO ORDER

In its July 28, 2026, Order, the Court stated:

MINUTE ORDER. The parties shall advise the court by August 4, 2026, whether this matter should be stayed until after the Supreme Court's decisions in *Viramontes v. Cook* County, No. 25-238, and *Grant v. Higgins*, No. 25-566.  The court understands that those cases raise issues nearly identical to those in dispute here.  The parties in the related case *Yzaguirre v. District of Columbia*, No. 24-cv-1828, have agreed to a stay.

Plaintiff agrees *Viramontes v. Cook* County, No. 25-238, and *Grant v. Higgins*, No. 25-566, raise issues nearly identical to those in dispute here.  Plaintiff believes that this matter should be stayed pending the Supreme Court's resolution of those cases or further order of this Court.

Respectfully submitted this 30th day of July 2026.

Respectfully submitted:

HARMEET K.  DHILLON
Assistant Attorney General
Civil Rights Division

JESUS OSETE
Principal Deputy Assistant Attorney General

R.  JONAS GEISSLER
Deputy Assistant Attorney General

*/s/ Barry K.  Arrington*

_____
BARRY K.  ARRINGTON
Acting Chief
Second Amendment Section

WILLIAM J.  HANRAHAN
ANDREW COFFARELLI
Trial Attorneys
Second Amendment Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA