**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>**Defendants.** | **No. 1:25-cv-04458-APM** |

## DEFENDANTS' RESPONSE TO THE COURT'S JULY 28, 2026 MINUTE ORDER

The Court ordered the Parties to advise whether this case should be stayed pending the Supreme Court's decision in *Viramontes v. Cook County*, No. 25-238, and *Grant v. Higgins*, No. 25-566 (collectively, "*Viramontes*"). July 28, 2026 Min. Order. Defendants (collectively, "the District") do not oppose a stay because those cases may provide some guidance on one issue in this case at this stage. That said, the District believes that *Viramontes* will not affect the main issues presented by its pending motion to dismiss.

*Viramontes* involves consolidated Second Amendment challenges to state and local laws banning "AR-15 platform and similar semiautomatic rifles." Pet. for Cert. at i, *Viramontes*, No. 25-238 (U.S. Aug. 27, 2025) ("*Viramontes* Pet."); *see* Pet. for Cert. at i, *Grant*, No. 25-566 (U.S. Nov. 7, 2025) ("*Grant* Pet."). The *Viramontes* cases are brought by private individuals and organizations pursuant to 42 U.S.C. § 1983. *Viramontes* Pet. at 4–5, 12; Compl. [1] ¶ 70, *Viramontes*, No. 1:21-cv-4595 (N.D. Ill. Aug. 27, 2021); *Grant* Pet. at 3–6, 12–13; 2d Am. Compl. [48] ¶ 1, *Grant*, 3:22-cv-1223 (D. Conn. June 28, 2023). The petitioners have asked the Supreme Court to provide guidance on the framework for Second Amendment challenges to regulations on alleged "arms," including guidance on whether a device must be in common use

for lawful purposes to receive Second Amendment protection and what facts suffice to show common use. *Viramontes* Pet. at 15–23; *Grant* Pet. at 20–25.

Unlike *Viramontes*, this case is not a challenge by private individuals and organizations under Section 1983 to proscriptions on semiautomatic rifles. Rather, this case is a challenge by the United States under 34 U.S.C. § 12601 to the District's proscriptions on firearm silencers and AR-15s—but not any other type of rifle. *See* Mem. of P. & A. in Supp. of Defs.' Mot. to Dismiss Pl.'s Am. Compl. [34] at 1–2, 8. At this stage, the main issue is whether the United States may use Section 12601 to facially challenge state and local criminal laws (it cannot). *See id.* at 1, 9–30. That is an issue of statutory interpretation that does not depend on the merits of the United States' Second Amendment challenge. Beyond that, the District explained that even if the United States' claim is cognizable under Section 12601, the Amended Complaint fails to plausibly allege facts to support it, including—among several other deficiencies—that silencers and AR-15s are in common use for lawful purposes. *Id.* at 30–35. Thus, the only overlap between the District's motion to dismiss and *Viramontes* concerns the common-use inquiry.[1]

Nonetheless, the District recognizes that waiting to decide its motion to dismiss until the common-use inquiry is clarified may be prudent because *Viramontes* may obviate the need for the Court to decide that particular issue. *See Allen v. District of Columbia*, No. 20-cv-2453, 2024 WL 379811, at *1, 4 (D.D.C. Feb. 1, 2024) (explaining that a stay may be warranted even if the Supreme Court may not settle every issue in the trial-court litigation). Therefore, at this stage, the District does not oppose a stay.

---

[1]    Accordingly, the District has not moved to stay this case, even though it moved to stay *Yzaguirre v. District of Columbia*, 1:24-cv-01828-APM. *Yzaguirre* is not a Section 12601 case and does not challenge the District's silencer law.

Date: August 4, 2026.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*

MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*

HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Adam J. Tuetken*

ADAM J. TUETKEN [242215]
Special Counsel for Firearm Safety
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
(202) 735-7474
adam.tuetken@dc.gov

*Counsel for Defendants*

3